Sophia G. LICH, Plaintiff-Appellant, v.
UNITED STATES RUBBER CO.,
Defendant-Appellee.
No. 7807.

Circuit Court of Appeals, Third Circuit.
Argued Oct. 22, 1941.

Decided Oct. 31, 1941.

John B. Applegate, of Hoboken, N.J., and Charles A. Lich, of St. Louis, Mo., for appellant.

Waldron M. Ward, of Newark, N. J., for appellee.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the opinion of Judge Smith, 39 F.Supp. 675.

J. R. MOORE v. COMMISSIONER OF INTERNAL REVENUE.
No. 9903.

Circuit Court of Appeals, Ninth Circuit.
Nov. 13, 1941.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent Commissioner.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of respondent, and good cause therefor appearing, ordered petition to review herein dismissed for failure of petitioner to file record and docket cause; that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

UNITED STATES v. Dolly C. LOONEY,
Guardian of Estate of James Collins
Looney.
No. 9973.

Circuit Court of Appeals, Ninth Circuit.
Nov. 13, 1941.

Wm. Fleet Palmer, U. S. Atty., and Daniel Dillon, Atty., Department of Justice, both of Los Angeles, Cal., for appellant.

Chenoweth & Whitehead, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

DODD, MEAD & COMPANY, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE, Respondent.
No. 52.

Circuit Court of Appeals, Second Circuit.
Nov. 10, 1941.

Joseph W. Zeller, of New York City, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch and Lee A. Jackson, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on the opinion below, 43 B.T.A. 739.